

# Fourth Court of Appeals
## San Antonio, Texas

August 29, 2016

No. 04-16-00542-CV

**IN RE** Kimberly **WRIGHT**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Karen Angelini, Justice
              Rebeca C. Martinez, Justice
              Jason Pulliam, Justice

On August 26, 2016, relator Kimberly Wright filed a petition for writ of mandamus. This court is of the opinion that a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). **The respondents may file a response to the petition in this court no later than September 6, 2016.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

It is so **ORDERED** on August 29, 2016.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle, Clerk